# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK MATHIS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-4933** |
| | : | |
| **JAMES MCGARRITY,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 23rd day of March, 2020, upon consideration of Derrick Mathis's Complaint (ECF. No. 2), it is **ORDERED** that:

1. Mathis's Complaint is **DISMISSED** in its entirety. For the reasons stated in the Court's Memorandum, Mathis's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and his state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Mathis is not granted leave to file an amended complaint in this matter.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**